Debevoise & Plimpton

**Debevoise & Plimpton LLP**
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

**Megan K. Bannigan**
**Partner**
mkbannigan@debevoise.com
+1 212 909 6127

Time to respond extended to August 13, 2026.
Initial conference adjourned from July 31 to September 18, 2026 at 11:00 a.m.
Call-In: 1-855-244-8681,
Access Code: 2305 810 3970#.
SO ORDERED.
Dated: 7/14/2026

July 13, 2026

**VIA ECF**

The Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl St., Room 11D
New York, NY 10007

P. Kevin Castel
United States District Judge

**RE: *Red Matter Holdings Inc. et al. v. Maesa LLC*, No. 1:26-cv-04629-PKC (S.D.N.Y.) – Consented Request for Extension of Time to Respond to Complaint**

Dear Judge Castel:

We represent Defendant Maesa LLC ("Maesa") in the above-identified matter. We write pursuant to Section 1.C of Your Honor's Individual Practices in Civil Cases to request, with the consent of Plaintiffs Red Matter Holdings Inc. and Grey Matter Holdings LLC ("Plaintiffs"), a 30-day extension of time for Maesa to respond to the Complaint filed by Plaintiffs on June 2, 2026, ECF 1. There is an Initial Conference in this action scheduled for July 31, 2026. *See* ECF 9.

On June 24, 2026, Plaintiffs filed an affidavit of service stating that, on June 23, 2026, Plaintiffs served the Complaint on Maesa through "'JANE DOE' for MAESA LLC." *See* ECF 10. Maesa did not receive those service papers. Based on this purported June 23 service date, Maesa's deadline to answer or otherwise respond to the Complaint is currently tomorrow, July 14, 2026. Maesa does not plan to challenge the sufficiency of service, but because of Maesa's belated notice of service, it has insufficient time to consider Plaintiff's allegations and fully respond to them. Maesa therefore respectfully requests a 30-day extension of this deadline, to August 13, 2026, so that it has sufficient time to prepare a response to the Complaint.

Plaintiffs do not object to Maesa's request to extend the deadline to respond to the Complaint to August 13, 2026.

This is Maesa's first request for an extension of time to respond to the Complaint.

Because the requested deadline to respond to the Complaint would fall after the July 31, 2026 Initial Conference, Maesa requests that the Initial Conference be rescheduled to August

27, 2025 or a date thereafter that is convenient for the Court, pursuant to Rule 1.C.vii of Your Honor's Your Honor's Individual Practices in Civil Cases.

We thank the Court for its consideration.

Respectfully Submitted,

*/s/ Megan K. Bannigan*

cc: Counsel of Record (via ECF)